UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TATALU HELEN DADA, ET. AL.<br>*Petitioners* | CIVIL ACTION NO. 1:20-CV-00458 |
| VERSUS | JUDGE DRELL |
| DIANNE WITTE, in her official capacity<br>As Interim New Orleans Field Office<br>Director, U.S. Immigration and Customs<br>Enforcement, ET. AL.<br>*Respondents* | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

Considering the Motion to Dismiss Appeal filed herein by Respondents to be well founded,

**IT IS HEREBY ORDERED** that the Motion to Dismiss Appeal filed by Respondents is **GRANTED**.

**THUS DONE AND SIGNED** in Chambers in Alexandria, Louisiana, this 10th day of June, 2020.

**HONORABLE DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**