UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TATALU HELEN DADA ET AL | CASE NO. 1:20-CV-00458 SEC P |
| VERSUS | JUDGE DRELL |
| DIANNE WITTE ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

IT IS HEREBY ORDERED that the "Emergency Motion to Compel Compliance and for Immediate Release" is DENIED. The motion may be renewed if Nadira Samapth Grant is not actually deported by June 25, 2020.

THUS DONE AND SIGNED this 24 day of June 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT