UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**TATALU HELEN DADA ET AL**          **CASE NO.  1:20-CV-00458 SEC P**

**VERSUS**                           **JUDGE DRELL**

**DIANNE WITTE ET AL**               **MAGISTRATE JUDGE PEREZ-MONTES**

ORDER

As all claims for relief sought have been considered and judgment rendered, it is hereby

ORDERED that the suit is DISMISSED and the Clerk of Court shall close this case.

THUS DONE AND SIGNED this /4 day of August 2020, at Alexandria, Louisiana.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT